IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2022 JAN 13 P 1:33
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | MISC. NO. 2:22-mc-03960-RAH |
| KBK TRANSIT, LLC, | ) | |
| Garnishee, | ) | |
| KENNETH GUNN, | ) | |
| Defendant. | ) | |

**UNITED STATES' APPLICATION FOR WRIT OF GARNISHMENT**

**NOW INTO COURT**, through the undersigned Assistant United States Attorney, comes plaintiff, the United States of America, and respectfully makes application under the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3205(b)(1), to this Court to direct the Clerk of Court to issue a Writ of Garnishment upon the Judgment in Criminal Case No. 2:06CR00217-001, against the defendant Kenneth Gunn. In support of this application, the United States provides the following statement under 28 U.S.C. § 3205(b)(1).

1. The judgment debtor's name is Kenneth Gunn, Social Security Number's last four digits are XXX-XX-7205, and his last known address is 3233 McElvy Street, Montgomery, AL 36108-4126.

2. Judgment was entered in Defendant's criminal case on June 1, 2009 in the amount of $18,324.86. After deduction of all credits and payments made by defendant, a balance of $15,399.86 remains due and owing.

3. Demand for payment of the above-stated debt was made upon Kenneth Gunn not less than 30 days from January 13, 2022, and Kenneth Gunn has failed to satisfy the debt.

4. The "Garnishee" is believed to owe or will owe money or property, including nonexempt disposable earnings, to judgement debtor, or is in possession of property of the debtor, and this property is a nonexempt interest of the debtor.

5. The name and address of the Garnishee or its registered agent is:

KBK Transit, LLC
3233 McElvy Street
Montgomery, AL 36108-4126

6. Section 3205(c)(1) of Title 28 provides that "if the court determines that the requirements of [section 3205] are satisfied, the court shall issue an appropriate writ of garnishment." The requirements of 28 U.S.C. § 3205 are met.

**WHEREFORE**, the United States respectfully requests that the Court grant this application and issue the Writ of Garnishment to KBK Transit, LLC.

Respectfully submitted,

SANDRA J. STEWART
UNITED STATES ATTORNEY

Samantha R. Miller
Assistant United States Attorney